**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1521**

---

VIRGINIA EARLY RIGGAN,

Plaintiff - Appellant,

versus

R.W. MOORE EQUIPMENT COMPANY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-96-890-5-BR2)

---

Submitted: August 13, 1998      Decided: August 31, 1998

---

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Virginia Early Riggan, Appellant Pro Se. Ronald Hill Garber, BOXLEY, BOLTON & GARBER, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her motion for a new trial or judgment notwithstanding the verdict. See Fed. R. Civ. P. 59(a), 50(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Riggan v. R.W. Moore Equip. Co.</u>, No. CA-96-890-5-BR-2 (E.D.N.C. Mar. 25, 1998). We deny Appellant's motion for oral argument and preparation of a transcript at government expense because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2